UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Gisela Vidal, an individual                CASE NO. 13-cv-60019-KMW

    Plaintiff(s),

v.

National Credit Adjusters, LLC.

    Defendant(s).
_____/

| FILED by _____ D.C. |
| --- |
| **Mar 18, 2013** |
| STEVEN M. LARIMORE |
| CLERK |
| U.S. DIST. CT. |
| S.D. OF FLA. |

It appearing that the defendant(s) herein, **National Credit Adjusters, LLC.,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) National Credit Adjusters, LLC., as of course, on this date March 18, 2013.

        **STEVEN M. LARIMORE**
        CLERK OF COURT


        By: _____/S/_____
           L.Sandelin
           Deputy Clerk

cc:    Hon. K.M. Williams
        Counsel of Record
        National Credit Adjusters, LLC.