UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GISELA VIDAL,
an individual,

Case No.: 13-CV-60019-KMW

        Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,
a foreign limited liability company, and,
ROBERT JAMES & ASSOCIATES INC.
a foreign profit corporation,

        Defendant(s).

_____/

### NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC

**COMES NOW**, Plaintiff, GISELA VIDAL ("Plaintiff"), by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice as to Defendant National Credit Adjusters, LLC*. Pursuant to Plaintiff's settlement with NATIONAL CREDIT ADJUSTERS, LLC ("Defendant NCA"), Plaintiff states as follows:

1. A confidential settlement has been reached between Plaintiff and Defendant NCA in the above-styled case.

2. Plaintiff's claims against NCA are being dismissed with prejudice.

3. The Parties shall bear their own attorney's fees and costs, subject to the settlement provisions that any Plaintiff's attorneys' fees and costs shall be paid from any settlement.

Respectfully Submitted,

_____                    _____
Ian R. Leavengood                             Mr. Dale T. Golden
Florida Bar No. 10167                         Golden Scaz Gagain, PLLC
Aaron M. Swift                                201 North Armenia Avenue
Florida Bar No. 93088                         Tampa, FL 33609
Leavengood, Nash, Dauval & Boyle PA           dgolden@gsgfirm.com
3900 First Street North, Suite 100            *Attorney for Defendant, NCA*
St. Petersburg, FL 33703
Telephone: 727.327.3328
Facsimile: 727.327.3305
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 31st day of May 2013 to:

Mr. Dale T. Golden
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
dgolden@gsgfirm.com
*Attorney for Defendant, NCA*

Robert James & Associates, Inc.
461 Ellicott Street
Buffalo, NY 14203

/s/ Ian R. Leavengood
Attorney