UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GISELA VIDAL,
an individual,  Case No.: 13-CV-60019

        Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,
a foreign limited liability company, and,
ROBERT JAMES & ASSOCIATES INC.
a foreign profit corporation,

        Defendant(s).
_____/

## MOTION FOR CLERK'S DEFAULT

Plaintiff, Gisela Vidal (hereinafter, "Plaintiff"), moves for entry of Clerk's default against Defendant, Robert James & Associates, Inc. (hereinafter "Defendant RJA"), and in support thereof states:

1. On January 4, 2013, Plaintiff filed her Complaint [Dkt. 1].

2. On May 1, 2013 service was effectuated in compliance with the Fed.R.Civ.Pro., Rule 5(b)(2), via process server [Dkt 14].

3. Pursuant to Fed.R.Civ.Pro., Rule 12(a)(1)(A)(i), Defendant RJA's answer to Plaintiff's Complaint was due May 22, 2013.

4. To date, no answer or other pleading responsive to Plaintiff's Complaint has been filed by Defendant, and no extension of time was sought or obtained by the Defendant RJA.

5. Plaintiff therefore seeks an entry of Clerk's default against the Defendant RJA.

Dated: June 3, 2013

Respectfully Submitted,

**LEAVENGOOD & NASH**

 /s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 10167**
**LEAD TRIAL COUNSEL**
**Aaron M. Swift, Esq. FBN 93088**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:  (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
aswift@leavenlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on June 3, 2013, *Plaintiff's Application for Clerk's Default* was served via U.S. Mail to:

Mr. Dale T. Golden
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
dgolden@gsgfirm.com
*Attorney for Defendant, NCA*

Robert James & Associates, Inc.
461 Ellicott Street
Buffalo, NY 14203

 /s/ *Aaron M. Swift*
Attorney